# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR ALEMAN, <br><br> Petitioner, <br><br> v. <br><br> ROBERTSON, <br><br> Respondent. | Case No. 1:19-cv-01272-EPG-HC <br><br> ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (ECF No. 11) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2019, the Court received the instant application to proceed *in forma pauperis*. (ECF No. 11). The Court previously authorized Petitioner to proceed *in forma pauperis* on September 12, 2019. (ECF No. 8).

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed *in forma pauperis* is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **October 2, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE